# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      CASE NO. **18-CR-10018-01-EFM**

**TIMMY JOE ROGERS,**

      **Defendant.**

## INFORMATION

The United States Attorney charges:

### COUNT 1

**Receipt of Child Pornography**
**18 U.S.C. 2252A(a)(2)**

On or about March 8, 2014, in the District of Kansas, the defendant,

**TIMMY JOE ROGERS,**

knowingly received child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that has been transported in and affecting interstate commerce by any means including by computer, and using a means and facility of interstate or foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

Respectfully Submitted,

STEPHEN R. McALLISTER
United States Attorney

s/Jason W. Hart
JASON W. HART
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 20276
Jason.Hart2@usdoj.gov